DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID RINCON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2090

[April 16, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 50-2004-CF-008074-AXX-MB.

Carey Haughwout, Public Defender, Tatjana Ostapoff, Assistant Public Defender, West Palm Beach, and David Rincon, Crawfordville, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Jeanine Germanowicz, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***